AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

YELLOWPAGES PHOTOS, INC.,

*Plaintiff(s)*

v.

TATA CONSULTANCY SERVICES LIMITED, INC.,

*Defendant(s)*

Civil Action No. 8:17 cv388T 36TGW

RECEIVED

2017 FEB 15 PM 3:20

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TATA CONSULTANCY SERVICES LIMITED, INC.
c/o C T Corporation System
1200 South Pine Island Road
Plantation, Florida 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Richard E. Fee, Esquire
FEE & JEFFRIES, P.A.
1227 North Franklin Street
Tampa, Florida 33602
(813) 229-8008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: FEB 15 2017

*Signature of Clerk or Deputy Clerk*