## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**YELLOW PAGES PHOTOS, INC.,**

    **Plaintiff,**      **CASE NO.: 8:17-cv-00388- WFJ-CPT**

**v.**

**TATA CONSULTANCY SERVICES
LIMITED, INC.,**

    **Defendant.**

_____/

### PLAINTIFF'S RESPONSE TO DEFENDANT'S
### "NOTICE TO CORRECT THE RECORD REGARDING YELLOW PAGES
### PHOTOS, INC.'S RESPONSE TO THE MOTION FOR RECONSIDERATION"

  Plaintiff, Yellow Pages Photos, Inc. ("YPPI"), responds as follows in opposition to the Notice to Correct the Record Regarding Yellow Pages Photos, Inc.'s Response to the Motion for Reconsideration [Dkt. #135] filed on September 6, 2019 (the "Notice"), by Defendant Tata Consultancy Services Limited, Inc. ("Tata").

  Tata's latest (and unauthorized) effort to persuade the Court to revisit the denial of Tata's Motion for Summary Judgment is meritless.

  Contrary to Tata's accusations,[1] neither YPPI nor its undersigned counsel intended to make any misrepresentations or mislead the Court. Rather, the reference to the "administrative

---

[1] YPPI and its counsel are growing weary of Tata's seemingly unending parade of disparaging comments and unfounded accusations. Tata's counsel knows that YPPI's undersigned counsel in this case played no role whatsoever in the cited Delaware Bankruptcy Court proceeding regarding SuperMedia. If Tata and its counsel were truly concerned about the alleged "misrepresentation", Tata's counsel could have simply called this issue to the attention of YPPI's undersigned counsel and asked that a corrected brief be filed. Instead, Tata's counsel made no effort, whatsoever, to communicate with YPPI's counsel regarding this issue.

period", rather than the "pre-petition period" was a simple error.  In fact, YPPI's undersigned counsel cited not only to the Delaware Bankruptcy Court's opinion at issue, but also to the precise page on which that court found that SuperMedia's claimed predecessor in interest transferred YPPI's copyrighted images to Tata in violation of the Verizon license <u>pre-petition</u>.

The fact that Tata received a transfer of YPPI's copyrighted images in violation of the Verizon license <u>pre-petition</u> underscores the correctness of the Court's denial of Tata's Motion for Summary Judgment and the denial of Tata's Motion for Reconsideration.  Put simply, there is no way that a 2006 transfer of YPPI's copyrighted images to Tata <u>in violation</u> of a license can result in Tata having a license to use those images from 2014 forward.  Tata's argument to the contrary is absurd.

To be clear, YPPI has never been compensated for Tata's use of YPPI's copyrighted images.  Nor could the judgment entered against SuperMedia, which resulted from its willful infringement of YPPI's copyrighted images <u>before</u> SuperMedia filed for bankruptcy in 2013, cover copyright infringement by Tata for the period 2014 forward.  Nor has any court concluded otherwise.  Nothing in Judge Noreika's Memorandum Opinion (or any other order or opinion) supports Tata's statements that YPPI has been compensated for Tata's unlicensed use of YPPI's copyrighted images.  It has not.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 10, 2019, I filed a true and accurate copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:  **Gary R. Trombley, Esq.** and **Ronald P. Hanes, Esq.,** Trombley & Hanes, P.A., 707 N. Franklin St., 10th Floor, Tampa, FL 33602, (gtrombley@trombleyhaneslaw.com and  rhanes@trombleyhaneslaw.com); **Eric F. Leon, P.C., Kuangyan Huang, Esq.,** and **Nathan E. Taylor, Esq.,** Latham & Watkins LLP, 885 Third Ave., New York, NY 10022, (eric.leon@lw.com, kuan.huang@lw.com, and nathan.taylor@lw.com).

*/s/ Richard E. Fee*
Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
Cristina A. Castellvi
Florida Bar No. 55519
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
(813) 229-0046 (Facsimile)
rfee@feejeffries.com
kwade@feejeffries.com
ccastellvi@feejeffries.com
aperez@feejeffries.com

Counsel for Plaintiff,
Yellow Pages Photos, Inc.