**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**YELLOW PAGES PHOTOS, INC.,**

    **Plaintiff,**

v.                                                     **CASE NO.: 8:17-cv-00388-WFJ-CPT**

**TATA CONSULTANCY SERVICES**
**LIMITED, INC.,**

    **Defendant.**
_____/

## JOINT MOTION TO AMEND BRIEFING SCHEDULE REGARDING SUPPLEMENTAL SUMMARY JUDGMENT MOTIONS

Pursuant to Rule 6 (b)(1)(A), Federal Rules of Civil Procedure and Local Rule 3.01, Rules of the U.S. District Court for the Middle District of Florida, Plaintiff, Yellow Pages Photos, Inc. ("YPPI"), and Defendant, Defendant Tata Consultancy Services Limited, Inc. ("TCS"), hereby jointly move the Court on the following grounds for an order amending the briefing schedule to (a) extend the deadline for filing a supplemental summary judgment pleading on the Verizon license issue (the "Verizon License Supplemental Summary Judgment Motion") until February 28, 2020; and (b) extend the deadline for and consolidate YPPI's response to Defendant Tata Consultancy Services Limited's Supplemental Motion for Partial Summary Judgment with YPPI's response to a Verizon License Supplemental Summary Judgment Motion and file it in one memorandum not to exceed forty (40) pages on March 13, 2020, as follows:

1.     On February 20, 2020, the Court granted TCS' oral motion to continue the trial date and continued the trial until April 13, 2020.

2. That same day, the Court entered an order allowing the parties to file a Verizon License Supplemental Summary Judgment Motion. *See* Dkt. No. 156.

3. The current deadline for the parties to file a Verizon License Supplemental Summary Judgment Motion is February 27, 2020. *See* Dkt. No. 156.

4. TCS seeks, and YPPI does not oppose, a one-day extension to file a Verizon License Supplemental Summary Judgment Motion, through and including February 28, 2020. The parties' respective response to such motion would be due to be filed on March 13, 2020. *See* Dkt. 156.

5. Previously, TCS filed its Supplemental Motion for Partial Summary Judgment on February 18, 2020 ("TCS' First Supplemental Summary Judgment Motion"), and YPPI's response to the First Supplemental Summary Judgment Motion is March 3, 2020. *See* Dkt. No. 146.

6. YPPI seeks, and TCS does not oppose, to extend the deadline for and consolidate its response to the First Supplemental Summary Judgment Motion with its response to TCS' anticipated Verizon License Supplemental Summary Judgment Motion, and file both responses in one (1) memorandum not to exceed forty (40) pages on March 13, 2020.

7. The parties do not seek these extensions for delay or any other improper purpose.

8. Good cause exists to extend these deadlines. YPPI believes that it will be easier for the Court to consider YPPI's responses to the supplemental summary judgment motions if the responses are contained in one document. Thus, for judicial economy the deadline for YPPI's response to TCS' First Supplemental Summary Judgment Motion should be extended

to be filed with YPPI's response to TCS's anticipated Verizon License Supplemental Summary Judgment Motion. TCS seeks a one-day extension because its counsel has had travel and other obligations that make filing its motion on February 27, 2020, particularly difficult.

9.  No party will be prejudiced by the extensions as both parties have agreed to the relief sought and the extensions do not affect any other case deadlines as the trial has already been moved to April 13, 2020.

WHEREFORE, Plaintiff, Yellow Pages Photos, Inc. and Defendant, Defendant Tata Consultancy Services Limited, Inc. respectfully request the Court grant this Joint Motion, and enter an Order amending the briefing schedule as set forth in detail above, and granting all such other relief as this Court deems just and proper.

Dated: February 26, 2020

Respectfully submitted,

| | |
|---|---|
| FEE & JEFFRIES, P.A. | LATHAM & WATKINS LLP |
| /s/ Kathleen M. Wade | /s/ Eric F. Leon |
| RICHARD E. FEE | ERIC F. LEON, P.C. (admitted *pro hac vice*) |
| Florida Bar No. 813680 | New York Bar No. 2626562 |
| KATHLEEN M. WADE | NATHAN TAYLOR (admitted *pro hac vice)* |
| Florida Bar No. 127965 | New York Bar No. 5368105 |
| CRISTINA A. CASTELLVI | KUAN HUANG (admitted *pro hac vice*) |
| Florida Bar No. 55519 | New York Bar No. 5073705 |
| 1227 N. Franklin Street | 885 Third Avenue |
| Tampa, Florida 33602 | New York, New York 10022 |
| Telephone: (813) 229-8008 | Telephone: (212) 906-1200 |
| Facsimile: (813) 229-0046 | Facsimile: (212) 751-4864 |
| rfee@feejeffries.com | eric.leon@lw.com |
| kwade@feejeffries.com | nathan.taylor@lw.com |
| ccastellvi@feejeffries.com | kuan.huang@lw.com |
| bszabo@feejeffries.com | |
| | and |
| *Counsel for Plaintiff* | |
| *Yellow Pages Photos, Inc.* | RONALD P. HANES |
| | Florida Bar No. 375624 |
| | GARY R. TROMBLEY |
| | Florida Bar No. 165721 |
| | 707 North Franklin Street, 10th Floor |
| | Tampa, Florida 33602 |
| | Telephone: (813) 229-7918 |
| | Facsimile:    (813) 223-5204 |
| | rhanes@trombleyhaneslaw.com |
| | gtrombley@trombleyhaneslaw.com |
| | |
| | *Attorneys for Defendant,* |
| | *Tata Consultancy Services Limited* |