## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**YELLOW PAGES PHOTOS, INC.,**

        **Plaintiff,**                    **CASE NO.: 8:17-cv-00388- WFJ-CPT**

**v.**

**TATA CONSULTANCY SERVICES**
**LIMITED, INC.,**

        **Defendant.**

_____/

### JOINT NOTICE OF PARTIES' POSITION REGARDING THE TRIAL DATE

Pursuant to the Court's Endorsed Order dated April 30, 2020 [Dkt. #180] (the "Order"), Plaintiff Yellow Pages Photos, Inc. and Defendant Tata Consultancy Services Limited (collectively, "Parties"), hereby provide notice of their position regarding scheduling trial in the above-captioned action:

1.     This action is presently set for trial for a date certain beginning June 1, 2020. *See* Dkt. #179.

2.     On May 1, 2020, Counsel for the parties conferred pursuant to the Court's Order.

3.     Counsel believe it is appropriate to continue the trial from the scheduled date of June 1, 2020, under the present circumstances.

4.     After checking calendars and potential conflicts, Counsel believe that trial should be rescheduled to commence for a date certain beginning July 27, 2020, if that date is acceptable to the Court.

Dated: May 1, 2020

FEE & JEFFRIES, P.A.

*/s/ Richard E. Fee*_____
RICHARD E. FEE
Florida Bar No. 813680
KATHLEEN M. WADE
Florida Bar No. 127965
CRISTINA A. CASTELLVI
Florida Bar No. 55519
1227 N. Franklin Street
Tampa, Florida 33602
Telephone:  (813) 229-8008
Facsimile:  (813) 229-0046
rfee@feejeffries.com
kwade@feejeffries.com
ccastellvi@feejeffries.com
bszabo@feejeffries.com

*Counsel for Plaintiff*
*Yellow Pages Photos, Inc.*

LATHAM & WATKINS LLP

*/s/ Eric F. Leon*_____
ERIC F. LEON, P.C. (admitted *pro hac vice*)
New York Bar No. 2626562
NATHAN TAYLOR (admitted *pro hac vice*)
New York Bar No. 5368105
KUAN HUANG (admitted *pro hac vice*)
New York Bar No. 5073705
885 Third Avenue
New York, New York 10022
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
eric.leon@lw.com
nathan.taylor@lw.com
kuan.huang@lw.com

and

RONALD P. HANES
Florida Bar No.  375624
GARY R. TROMBLEY
Florida Bar No.  165721
707 North Franklin Street, 10th Floor
Tampa, Florida 33602
Telephone: (813) 229-7918
Facsimile:     (813) 223-5204
rhanes@trombleyhaneslaw.com
gtrombley@trombleyhaneslaw.com

*Attorneys for Defendant,*
*Tata Consultancy Services Limited*